```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/17/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mirjalol Shamshiev, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                Plaintiff,

-against-

Leon Bittleman, Demetri Lerner, Robert Pinkow, Spa 88 LLC, and Wall Street Bath and Health Club, Inc.,

                Defendants.

24 Civ. 4655 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On June 27, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by October 16, 2024. ECF No. 8. By letter dated October 16, 2024, Plaintiff filed a letter and proposed case management plan that he represented as coming from "the parties." ECF No. 14 at 1. However, Plaintiff has yet to file proof of service on several of the Defendants, Defendants Leon Bittleman, Demetri Lerner, and Robert Pinkow have yet to appear in this matter, and in a footnote, Plaintiff stated that counsel for the Defendants who have appeared "ha[s] not provided any comments to the instant filing." *Id.* at 1 n.1. Accordingly:

1. By **October 25, 2024**, Plaintiff shall file proof of service as to all Defendants;
2. By **November 1, 2024**, counsel for Bittleman, Lerner, and Pinkow shall file their notices of appearance; and
3. By **November 22, 2024**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: October 17, 2024
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge