USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/25/24___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mirjalol Shamshiev,

                Plaintiff,

-against-

Leon Bittleman, Demetri Lerner, Robert Pinkow, Spa 88 LLC, and Wall Street Bath and Health Club, Inc.,

                Defendants.

24 Civ. 4655 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that all claims asserted herein have been settled in principle and that the parties plan to dismiss this case through Plaintiff's acceptance of an offer of judgment pursuant to Federal Rule of Civil Procedure 68. ECF No. 22. Accordingly, by **December 23, 2024**, the parties shall jointly file the offer and Plaintiff's acceptance, plus proof of service, on the docket.

    Any pending motions are moot. All conferences are vacated.

    SO ORDERED.

Dated: November 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge