USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/17/2024__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Mirjalol Shamshiev,

                             *Plaintiff*,

      - against –

Leon Bittleman, Demetri Lerner, Robert Pinkow, Spa 88 LLC, and Wall Street Bath and Health Club, Inc.,

                             *Defendants*.
---------------------------------------------------------------X

Case No.: 1:24-cv-04655

**JUDGMENT**

      On December 17, 2024, Plaintiff Mirjalol Shamshiev (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Leon Bittleman, Demetri Lerner, Robert Pinkow, Spa 88 LLC, and Wall Street Bath and Health Club, Inc. (the "Defendants") in the amount of Seventeen Thousand Five Hundred Dollars and Zero Cents ($17,500.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

      This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated: December 17, 2024

                                                  **SO ORDERED.**

                                                 _____
                                                 ANALISA TORRES
                                             United States District Judge